UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-584-RJC-DSC

| | |
|---|---|
| BERNARD TALBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| UNITED STATES DRUG | ) |
| ENFORCEMENT AGENCY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on an initial review of the amended complaint filed by Plaintiff Bernard Talbert (Talbert) wherein he seeks recovery of $249,920.00 (the currency) in United States Currency which he contends was seized by the DEA pursuant to 18 U.S.C. § 981.[1] (Doc. No. 4). Talbert attaches what appears to be a copy of a notice posted by the DEA in the Wall Street Journal regarding the seized funds which alerts potential claimants as to the seizure and informs a claimant what steps they must take to assert their interest in the property. (Id. at 6). Talbert's amended complaint must be dismissed for two reasons which are listed in no particular order.

First, he has not pled what interest he possesses in the currency other than to claim that he is trying to claim the property on behalf of the "World Service Authority" (WSA) so that he can dedicate the currency to a "just and probable cause in the assisting in judicial issue for human rights cause." (Id. at 4)(emphasis omitted). See 18 U.S.C. § 983(a)(2)(A)-(C) (any person claiming an interest in property involved in a nonjudicial forfeiture must file a claim in the

---
[1] Plaintiff filed an amended complaint setting forth his allegations.

1

appropriate forum and "state the claimant's interest in such property.").

Second, there is no evidence that there is an action pending in the Western District regarding the currency.

For the foregoing reasons, the Court finds Talbert's amended complaint should be dismissed.

**IT IS, THEREFORE, ORDERED** that:

1. Talbert's application to proceed without prepayment of fees or costs is **DISMISSED**. (Doc. No. 2)

2. Talbert's amended complaint is **DISMISSED**. (Doc. No. 4).

The Clerk of Court is directed to close this civil action.

Signed: July 9, 2013

Robert J. Conrad, Jr.
United States District Judge